

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00155-CV

KINGMAN HOLDINGS, LLC, AS            APPELLANT
TRUSTEE OF WELLSTON 6524
LAND TRUST

V.

PROTON PRC, LTD., AND            APPELLEEs
JP MORGAN CHASE BANK, N.A.

------------

### FROM THE 16TH DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 14-07946-16

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Amended Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by Appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DELIVERED:  July 28, 2016